NO. 07-04-0075-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL E



SEPTEMBER 19, 2005



______________________________




IN THE MATTER OF H.S., A MINOR CHILD



_________________________________



FROM THE 72ND DISTRICT COURT OF LUBBOCK COUNTY,


SITTING AS A JUVENILE COURT;



NO. 2003-760,673; HONORABLE MARK C. HALL, MAGISTRATE



_______________________________



Before QUINN, C.J., and REAVIS, JJ. and BOYD, S.J. (1)

ON JOINT MOTION TO WITHDRAW APPEAL


 Advocacy, Inc. perfected this appeal on behalf of appellant H.S. to challenge an
order finding H.S. mentally retarded and committing him to the Texas Department of Mental
Health and Mental Retardation. Pending before this Court is a motion to withdraw the
appeal by which the parties represent that H.S. has subsequently been moved to an
appropriate foster home and is doing well. The parties request that no further action be
taken in this matter to ensure H.S.'s current placement. See Tex. R. App. P. 42.1(a)(2). 
We grant the motion. 

 Accordingly, the appeal is dismissed.

 Don H. Reavis

 Justice


 
1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.



                                                                       Appellee
_______________________________

FROM THE COUNTY COURT OF FLOYD COUNTY;

NO. 1698; HON. PENNY GOLIGHTLY, PRESIDING
_______________________________

Memorandum Opinion
_______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
          Appellant, Alvin Ray Cooper, filed a notice of appeal on October 23, 2009. 
However, appellant did not pay the $175 filing fee required from appellants under Texas
Rule of Appellate Procedure 5. Nor did he file an affidavit of indigence per Texas Rule of
Appellate Procedure 20.1. By letter from this Court dated October 23, 2009, we informed
appellant that “the filing fee in the amount of $175.00 has not been paid . . . . Failure to
pay the filing fee within ten (10) days from the date of this notice may result in a dismissal.” 
Tex. R. App. P. 42.3(c); see Holt v. F. F. Enterprises, 990 S.W.2d 756 (Tex. App.–Amarillo
1998, pet. ref’d). The deadline lapsed, and the fee was not received. 
          Because appellant has failed to pay the requisite filing fee as directed by the court,
we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c). 
 
                                                                           Per Curiam